**892** CAMPAU vs. SUPERIOR COURT JUDGE (Detroit), 40 M., 630.

**893** BURNS vs. SUPERIOR COURT JUDGE (Detroit), 40 M., 630.

To require respondent to grant new trials in cases in which relators had lost the benefit of their exceptions, by reason of the death of the trial judge before the bill of exceptions could be settled.

Granted April 23, 1879.

**894** WRIGHT vs. SUPERIOR COURT JUDGE (Detroit), 41 M., 726.

To grant a new trial, in a case where the judge, who presided at the trial, had died pending settlement of the bill of exceptions.

Granted October 22, 1879.

**895** ROMAN CATHOLIC PARISH OF THE SACRED HEART OF SAINT MARY vs. CIRCUIT JUDGE (Wayne), No. 11917.

To compel respondent to set aside verdict and grant a new trial.

Granted April 2, 1891, with costs.

The verdict had been taken during a recess of the court, in the absence of both judge and counsel.